# E-filing

| PROB 22 (D\CO 01/03) | | DOCKET NUMBER 03-cr-00308-LTB-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | CR07-0 591 | DOCKET NUMBER |

*MJJ FILED SEP 17 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>MICHAEL LEE PINA, JR. | DISTRICT<br>District of Colorado | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Lewis T. Babcock | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>1-22-07 |

**OFFENSE**
Possession of a Weapon by a Prohibited Person, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Class C Felony)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF COLORADO

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_8/24/07_
Date

_signature_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND.

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

SEP 11 2007

_signature_
Effective Date

United States District Judge