# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

### Petition for Arrest Warrant for Offender Under Supervision

Name of Offender:      Michael Lee Pina, Jr.        Docket No.:  CR 07-00591-MJJ

Name of Sentencing Judge:   Lewis T. Babcock
Chief United States District Judge
District of Colorado

Date of Original Sentence:   January 22, 2004

Original Offense:
Count One: Possession of a Weapon by a Prohibited Person, 18 U.S.C. § 922(g)(1) and 924(a)(2), a Class C felony

Original Sentence: 46 months custody, 3 years supervised release.
Special Conditions: Special assessment $100; drug/alcohol treatment; mental health treatment.

On September 17, 2007, the Northern District of California accepted a transfer of jurisdiction from the District of Colorado.

Type of Supervision: Supervised Release       Date Supervision Commenced: January 22, 2007
Assistant U.S. Attorney: Unassigned                        Defense Counsel: Unassigned

### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Cristopher Taylor, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(2) 03/23/05

Michael Lee Pina  Page 2
CR 07-00591-MJJ

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the standard condition that the defendant shall refrain from any unlawful use of a controlled substance. |

    On July 12, 2007, the offender provided a urine sample for drug screen testing at Center Point Rehabilitation Center in San Rafael, California. According to Kroll Laboratory Specialists, Inc., results # C00783594, the sample provided by Mr. Pina, yielded a positive result for marijuana.

    On July 18, 2007, the offender provided a urine sample for drug screen testing at Center Point Rehabilitation Center in San Rafael, California. The sample, # C00783595, provided by Mr. Pina, yielded a presumptive positive result for marijuana. The sample leaked during transit and the sample could not be verified.

    On July 27, 2007, the offender provided a urine sample for drug screen testing at Center Point Rehabilitation Center in San Rafael, California. According to Kroll Laboratory Specialists, Inc., results # C00783603, the sample provided by Mr. Pina, yielded a positive result for marijuana.

    On August 5, 2007, the offender provided a urine sample for drug screen testing at Center Point Rehabilitation Center in San Rafael, California. According to Kroll Laboratory Specialists, Inc., results # C00783608, the sample provided by Mr. Pina, yielded a positive result for marijuana.

    Evidence to support this charge is contained in three separate Kroll Laboratory Specialist Inc., results of a controlled substance test dated, July 17, August 1, and August 8, 2007.

Michael Lee Pina                                                                                      Page 3
CR 07-00591-MJJ

Two           There is probable cause to believe that the offender violated the standard condition that while on supervised release, the defendant shall not commit another federal, state or local crime.

> On August 14, 2007, the offender was arrested by the San Francisco Police Department for assault. On that date, the offender assaulted C. Morales. According to the report, the offender, without provocation, suddenly punched the victim in the face. Once the victim fell to the ground, Mr. Pina continued to kick the man in the legs and feet. On that same date, several minutes later, the offender and two other men, assaulted a second victim B. Ramirez. Mr. Pina punched the victim in the face, without provocation, and the three men continued to kick the victim in the head and body. Both victims positively identified Mr. Pina as the aggressor.
>
> Mr. Pina was arrested for violations of California Penal Code § 243 - Battery and California Penal Code § 245- Assault with a Deadly Weapon. On September 6, 2007, Mr. Pina pled guilty in San Francisco Superior Court to one count of violation of § 245(A)1- Assault with a Deadly Weapon, a felony. He is scheduled for further sentencing on September 25, 2007, in San Francisco Superior Court.

Address of offender:     San Francisco County Jail
                         850 Bryant Street
                         San Francisco, California

Based on the foregoing, there is probable cause to believe that Michael Lee Pina violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

*[signature]*
Cristopher Taylor
U.S. Probation Officer
Date Signed: September 18, 2007

NDC-SUPV-FORM 12C(2) 03/23/05

Michael Lee Pina                                                                                                Page 4
CR 07-00591-MJJ

                                                       Approved as to form:

                                                       Daniel Zurita
                                                       Supervisory U.S. Probation Officer

===

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☑ The issuance of a no bail warrant.
☐ Other:

 

_____9/20/2007_____                             _____
Date                                                            Martin J. Jenkins
                                                                                   United States District Judge