# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff,

  v.

Michael Lee Pina, Jr.,

        Defendant.

——————————————————/

Case Number: CR07-591 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Probation Department
450 Golden Gate Avenue
San Francisco, CA 94102

US Attorneys Office
450 Golden Gate Avenue
San Francisco, CA 94102

September 20, 2007

Richard W. Wieking, Clerk

By: Alfred Amistoso