



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

11/09/2007

United States Courthouse, Clerk's Office  
Northern District of California  
1301 Clay Street, Suite 400 S  
Oakland, CA 94612-5212

Colorado Case Number: 03-cr-00308-LTB  
California Case Number: CR07-0 591 MJJ  
Defendant: Michael Lee Pina, Jr.

Dear sir or madam,

The above numbered case has been ordered transferred to your district pursuant to an order of this court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a copy of this letter noting the case number in your court in the enclosed envelope.

Very truly yours,  
Gregory C. Langham, Clerk

by: s/Tracey Lee  
    Deputy Clerk

| PROB 22<br>(D\CO 01/03) | | DOCKET NUMBER<br>03-cr-00308-LTB-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER<br>CR07-0591 MJJ |

| NAME AND ADDRESS OF<br>PROBATIONER/SUPERVISED RELEASEE:<br><br>MICHAEL LEE PINA, JR. | DISTRICT<br>District of Colorado | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Lewis T. Babcock | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>1-22-07 |

OFFENSE
Possession of a Weapon by a Prohibited Person, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Class C Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF COLORADO</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_8/24/07_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF CALIFORNIA, OAKLAND.</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

SEP 11 2007
Effective Date

_[signature]_
United States District Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 8 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **03 - CR - 308 B**

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. MICHAEL LEE PINA, JR.

   Defendant.

---

### INDICTMENT
### 18 U.S.C. § 922(g)(1)

---

THE GRAND JURY CHARGES THAT:

#### COUNT I

On or about May 19, 2003, in the State and District of Colorado, the defendant, Michael Lee Pina, Jr., unlawfully and knowingly possessed a firearm, to wit: one High-Point model C9 9mm Luger caliber semi-automatic pistol, serial number P149376, in and affecting commerce, having been previously convicted of Attempted Burglary in Marin County, California Court in Case Number SC119802A, a crime punishable by imprisonment for a term exceeding one year.

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and SEAL of said Court this 9th day of Nov. 07
GREGORY C. LANGHAM
By _____ Deputy

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*[signature]*
FOREPERSON

APPROVED:

JOHN W. SUTHERS
United States Attorney

*[signature]*

BY: ROBERT C. TROYER
Assistant U.S. Attorney
United States Attorney's Office
District of Colorado
1225 17TH Street, Suite 700
Denver, CO 80202
303-454-0100

DATE:    July 7, 2003

DEFENDANT:    MICHAEL LEE PINA, JR.

DOB:    8/27/80

ADDRESS:    759 S. Reed Court
Lakewood, Colorado

OFFENSE:    Count I
18 U.S.C. §922(g)(1)
Possession of weapon by a prohibited person (i.e., felon)

LOCATION OF OFFENSE: Denver, Colorado

PENALTY:    Count I
18 U.S.C. §922(g)(1)
NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment fee

AGENT:    Phil Miller
Bureau of Alcohol, Tobacco, Firearms & Explosives

AUTHORIZED BY:    Robert C. Troyer
Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less

_____ over five days

_____ other

03-CR-308

THE GOVERNMENT

__X__ will seek detention in this case

_____ will not seek detention in this case

The statutory presumption of detention (is) or is not applicable to this defendant. **(Circle one)**

OCDETF CASE:    _____ Yes    __X__ No

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 26 2004

GREGORY C. LANGHAM
CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| | (For Offenses Committed On or After November 1, 1987) |
| v. | CASE NUMBER: 03-CR-308-B |
| MICHAEL LEE PINA, JR. | Wm. Michael Whelan, Jr., Appointed (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count I of the Indictment.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
| --- | --- | --- | --- |
| 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Possession of a Weapon by a Prohibited Person | 05/19/03 | I |

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 9th day of Nov. 07
GREGORY C. LANGHAM
By /s/ Deputy

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 08/27/80

Defendant's USM No.: 32159-013

Defendant's Residence Address:
Denver County Jail
10500 Smith Road
Denver, Colorado 80239

Defendant's Mailing Address:
SAME

January 22, 2004
Date of Imposition of Judgment

/s/ Signature of Judicial Officer

Lewis T. Babcock, Chief U.S. District Judge
Name & Title of Judicial Officer

1/23/04
Date

35

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of forty-six (46) months.

The court recommends that the Bureau of Prisons designate the defendant to FCI Englewood for service of sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __2/20/04__ to __USP Florence__

at __Colorado__, with a certified copy of this judgment.

_____
Legal Inst Examiner
UNITED STATES MARSHAL

By _____
Deputy United States Marshal

DEFENDANT: MICHAEL LEE PINA, JR.
CASE NUMBER: 03-CR-308-B

Judgment-Page 3 of 7

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.

The defendant shall report to the probation office in the district to which he is released within 72 hours of his release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this Court (set forth below). The defendant shall also comply with the additional conditions on the following page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

DEFENDANT: MICHAEL LEE PINA, JR.
CASE NUMBER: 03-CR-308-B                                                                                              Judgment-Page 4 of 7

9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) The defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until he is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report, for continuity of treatment.

2) The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer, until he is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

DEFENDANT: MICHAEL LEE PINA, JR.
CASE NUMBER: 03-CR-308-B

Judgment-Page 5 of 7

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| I | $100.00 | $0.00 | $0.00 |
| **TOTALS** | $100.00 | $0.00 | $0.00 |

DEFENDANT: MICHAEL LEE PINA, JR.
CASE NUMBER: 03-CR-308-B

Judgment-Page 6 of 7

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The special assessment is due in full immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.

DEFENDANT: MICHAEL LEE PINA, JR.
CASE NUMBER: 03-CR-308-B

Judgment-Page 7 of 7

## STATEMENT OF REASONS

The court makes the following findings concerning the objections to the presentence report:

> Defense counsel withdrew his objection to the presentence report concerning the defendant's base offense level. Therefore, the court adopts the established base offense level.

> The court denied the defendant's motion for downward departure based on over-representation of criminal history for the reasons stated on the record.

The court determined that no ruling is necessary concerning the remaining objections, because the controverted matters were not considered in imposing sentence or would not affect the sentence. Neither the government nor the defendant has challenged any other aspect of the presentence report. Therefore, the remaining factual statements and guideline applications are adopted without objection as the court's findings of fact concerning sentencing.

**Guideline Range Determined by the Court:**

Total Offense Level: 17

Criminal History Category: V

Imprisonment Range: 46 to 57 months

Supervised Release Range: 2 to 3 years

Fine Range: $5,000   to   $50,000

> The fine is waived because of the defendant's inability to pay.

Total Amount of Restitution: None.

The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

TERMED

# U.S. District Court
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:03-cr-00308-LTB-1
### Internal Use Only

Case title: USA v. Pina

Date Filed: 07/08/2003
Date Terminated: 01/22/2004

Assigned to: Judge Lewis T. Babcock

**Defendant (1)**

**Michael Lee Pina, Jr.**
*TERMINATED: 01/22/2004*

represented by **William Michael Whelan, Jr.**
Wm. Michael Whalen, Jr. Atty at Law
235 Montgomery Street
#838
San Francisco, CA 94101-2913
415-874-7081
Fax: 415-874-7082
*TERMINATED: 09/29/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 9th day of Nov. 07
GREGORY C. LANGHAM
By_____ Deputy



**Pending Counts**

18:922G.F UNLAWFUL
TRANSPORT OF FIREARMS, ETC.
(1)

**Disposition**

imprisonment for 46 months; Ct recommends deft be placed at FCI,Englewood,CO; supervised release for 3 years; special conditions that deft participate in program of testing and trmt for drug and alcohol abuse; deft to participate in program of mental health trmt as directed by the P.O. and pay for same; CVF of $100.00 due immediately; deft adivsed of right to appeal; deft remanded to the custody of the USM;

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**  
*TERMINATED: 01/22/2004*

represented by **Robert Campbell Troyer**  
Hogan & Hartson, LLP-Denver  
1200 Seventeenth Street  
#1500  
Denver, CO 80202  
303-454-2522  
Email: rctroyer@hhlaw.com  
*TERMINATED: 01/22/2004*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2003 | 1 | INDICTMENT by USA Counts filed against Michael Lee Pina (1) count(s) 1 (former empl) (Entered: 07/08/2003) |
| 07/08/2003 | 2 | ARREST Warrant issued for Michael Lee Pina Jr. by clerk of the court pursuant to Magistrate Judge Boyd N. Boland (former empl) (Entered: 07/08/2003) |
| 08/14/2003 | 3 | MOTION for writ of Habeas Corpus by Michael Lee Pina Jr.(dlb) Modified on 11/06/2003 (Entered: 08/18/2003) |
| 08/14/2003 | 4 | MOTION for discovery by Michael Lee Pina Jr. (dlb) (Entered: 08/18/2003) |
| 09/18/2003 | 5 | MOTION for writ of habeas corpus by Michael Lee Pina Jr. (dlb) (Entered: 09/22/2003) |
| 09/26/2003 | 6 | CJA Form 23 (Financial Affidavit) as to Michael Lee Pina Jr. (former empl) (Entered: 09/30/2003) |
| 09/26/2003 | | ARREST of defendant Michael Lee Pina Jr. on 9/26/03 (former empl) (Entered: 09/30/2003) |
| 09/26/2003 | 7 | COURTROOM MINUTES Time Court Began: 3:00 pm Time Court Ended: 3:10 pm OF INITIAL APPEARANCE before Magistrate Judge Craig B. Shaffer initial appearance of Michael Lee Pina Jr. without counsel deft is unable to hire counse; requests the court appoint counsel for him appointing CJA counsel as to Michael Lee Pina Jr. detention |

| | | |
|---|---|---|
| | | hearing set for 1:30 10/1/03 for Michael Lee Pina Jr. ; arraignment set for 1:30 10/1/03 for Michael Lee Pina Jr. before Magistrate Judge Craig B. Shaffer ; disc conf set for 1:30 10/1/03 for Michael Lee Pina Jr. ; deft remanded to the custody of the USM; Court Reporter: CR 03-194 (former empl) (Entered: 09/30/2003) |
| 09/29/2003 | 12 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney appointed attorney William Michael Whelan Jr. for Michael Lee Pina Jr. by Magistrate Judge Craig B. Shaffer (former empl) (Entered: 10/06/2003) |
| 10/01/2003 | 8 | COURTROOM MINUTES OF ARRAIGNMENT, DISCOVERY AND DETENTION Time Court Began: 1:55 pm Time Court Ended: 2:06 pm before Magistrate Judge Craig B. Shaffer; dft Michael Lee Pina Jr. arraigned; NOT GUILTY plea entered; Attorney present; 30 day min to trial 10/31/03; 70 day max to trial 12/5/03; 90 day custody limit 12/24/03; discov. rpt. executed; deft ordered detained pending trial; deft remanded; Court Reporter: Tape 03-195 (ecm) (Entered: 10/03/2003) |
| 10/01/2003 | 9 | ENTRY OF APPEARANCE for defendant Michael Lee Pina Jr. by Attorney William Michael Whelan Jr. (ecm) (Entered: 10/03/2003) |
| 10/01/2003 | 10 | DISCOVERY HEARING REPORT before Magistrate Judge Craig B. Shaffer; 3 estimated trial days as to Michael Pina (ecm) (Entered: 10/03/2003) |
| 10/03/2003 | 11 | ORDER by Chief Judge Lewis T. Babcock ; pretrial motions due by 5:00 10/20/03 for Michael Lee Pina Jr. ; jury trial set for 8:30 12/1/03 for Michael Lee Pina Jr. (Cert of Mailing) (former empl) (Entered: 10/06/2003) |
| 10/09/2003 | 13 | MOTION For Appointment of Expert - Investigator (SUPPRESSED) by Michael Lee Pina Jr. (ecm) (Entered: 10/10/2003) |
| 10/09/2003 | 14 | ORDER of Detention by Magistrate Judge Craig B. Shaffer as to Michael Lee Pina Jr. (former empl) (Entered: 10/10/2003) |
| 10/09/2003 | 15 | 848/ORDER by Chief Judge Lewis T. Babcock GRANTING Motion For Appointment of Expert - Investigator (SUPPRESSED) [13-1] (Cert of Mailing) (ecm) (Entered: 10/16/2003) |
| 10/17/2003 | 16 | MOTION For Extension of Time to File Motions by Michael Lee Pina Jr. (ecm) (Entered: 10/20/2003) |
| 10/17/2003 | 17 | MINUTE ORDER before Chief Judge Lewis T. Babcock GRANTING Motion For Extension of Time to File Motions [16-1]; pretrial motions due 10/27/03 for Michael Lee Pina Jr.; responses due 11/10/03 (ecm) (Entered: 10/20/2003) |
| 10/27/2003 | 18 | NOTICE OF DISPOSITION by Michael Lee Pina Jr. (former empl) (Entered: 10/28/2003) |
| 10/28/2003 | 19 | ORDER by Chief Judge Lewis T. Babcock jury trial held on 10/28/03 ; change of plea hearing set for 9:00 11/7/03 for Michael Lee Pina Jr. (Cert of Mailing) (former empl) (Entered: 10/29/2003) |
| | | |

| | | |
|---|---|---|
| 10/30/2003 | 20 | ORDER by Chief Judge Lewis T. Babcock; change of plea hearing is reset to 8:30 11/13/03 for Michael Lee Pina Jr. (Cert of Mailing) (ecm) (Entered: 11/03/2003) |
| 11/12/2003 | 21 | NOTICE of address change by Wm. Michael Whelan, atty for Michael Lee Pina Jr. (ecm) (Entered: 11/13/2003) |
| 11/13/2003 | 22 | PLEA Agreement as to Michael Lee Pina Jr. (ecm) (Entered: 11/14/2003) |
| 11/13/2003 | 23 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Michael Lee Pina Jr. (ecm) (Entered: 11/14/2003) |
| 11/13/2003 | 24 | COURTROOM MINUTES OF CHANGE OF PLEA Time Court Began: 8:34 am Time Court Ended: 8:47 am before Chief Judge Lewis T. Babcock; plea entered to ct. 1 by Michael Lee Pina Jr.; sentencing hearing set for 8:00 1/22/04 for Michael Lee Pina Jr.; deft remanded Court Reporter: Gwen Daniel (ecm) (Entered: 11/14/2003) |
| 11/13/2003 | 25 | ARREST Warrant returned executed as to Michael Lee Pina Jr.on 9/26/03 (ecm) (Entered: 11/14/2003) |
| 11/13/2003 | 26 | ORDER by Chief Judge Lewis T. Babcock; sentencing hearing set for 8:00 1/22/04 for Michael Lee Pina Jr. (Cert of Mailing) (ecm) (Entered: 11/14/2003) |
| 12/19/2003 | 27 | CERTIFICATE of Mailing; copy of the PSI sent to counsel of record by prob. re Michael Lee Pina Jr. (ecm) (Entered: 12/22/2003) |
| 01/09/2004 | 28 | ORDER: approving Final Voucher for Expert other services Number 03112158 of William Michael Whelan Jr. for Michael Lee Pina Jr. regarding (former empl) (Entered: 01/09/2004) |
| 01/13/2004 | 29 | CERTIFICATE of mailing from probation that the addendum to the PSI was mailed re: Michael Pina. (former empl) (Entered: 01/14/2004) |
| 01/22/2004 | 30 | ORDER by Chief Judge Lewis T. Babcock govts motion and notice of sentencing factors is GRANTED. (Cert of Mailing) (former empl) (Entered: 01/23/2004) |
| 01/22/2004 | 31 | COURTROOM MINUTES Time Court Began: 8:06 am Time Court Ended: 8;19 am OF SENTENCING before Chief Judge Lewis T. Babcock sentencing Michael Lee Pina (1) count(s) 1. imprisonment for 46 months; Ct recommends deft be placed at FCI,Englewood,CO; supervised release for 3 years; special conditions that deft participate in program of testing and trmt for drug and alcohol abuse; deft to participate in program of mental health trmt as directed by the P.O. and pay for same; CVF of $100.00 due immediately; deft advised of right to appeal; deft remanded to the custody of the USM; terminating party Michael Lee Pina, party USA , case terminated Court Reporter: Gwen Daniel (former empl) (Entered: 01/26/2004) |
| 01/22/2004 | 32 | NOTICE by USA fo sentenicng factors. (former empl) (Entered: 01/26/2004) |

| 01/26/2004 | 33 | JUDGMENT and Commitment signed as to Michael Lee Pina Jr. by Chief Judge Lewis T. Babcock (copies distrib) (former empl) (Entered: 01/29/2004) |
| --- | --- | --- |
| 02/25/2004 | 34 | ORDER: approving Final Voucher Number 040217/185 of William Michael Whelan Jr. for Michael Lee Pina Jr. regarding (former empl) (Entered: 02/25/2004) |
| 02/26/2004 | 35 | JUDGMENT and Commitment returned executed on 2/20/04 as to Michael Lee Pina Jr. deft delivered to USP Florence,CO (former empl) (Entered: 02/26/2004) |
| 11/09/2007 | 36 | Probation/Supervised Release Jurisdiction Transferred to Northern District of California as to Michael Lee Pina, Jr : Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 transmittal letter)(tllsl, ) (Entered: 11/09/2007) |