# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: April 21, 2008

Case No.   CR 07-0591 MHP         Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- MICHAEL PINA (c);

Attorneys:   Plf: Derek Owens
             Dft: Ned Smock

Deputy Clerk: Anthony Bowser   Court Reporter: Kathy Wyatt   USPO: Chris Taylor

### PROCEEDINGS

1) Supervised Release Petition Hearing

2) _____

3) _____

### ORDERED AFTER HEARING:

Defendant present in custody; Defendant advised of rights and charges and waives further hearing; Defendant admits to counts one and two of amended petition; Counsel submit after further discussion; Defendant sentenced as follows:

Supervised Release ordered REVOKED and defendant sentenced to seven months custody of BOP consecutive to state sentence; No further supervision ordered.